Bruce B. Brunda (SBN 108,898)
Lowell Anderson (SBN 105323)
Shunsuke S. Sumitani (SBN 241056)
**STETINA BRUNDA GARRED & BRUCKER**
75 Enterprise, Suite 250
Aliso Viejo, California 92656
Tel: (949) 855-1246
Fax: (949) 855-6371
Email:  litigate@stetinalaw.com

Attorneys for Plaintiff
INNOVA ELECTRONICS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVA ELECTRONICS CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAC TOOLS, INC., an Ohio corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:   CV11-06232 GAF (SHx)<br><br>(1) **FALSE ADVERTISING IN VIOLATION OF THE LANHAM ACT;**<br>(2) **CALIFORNIA STATUTORY UNFAIR COMPETITION;**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Innova Electronics Corp. (hereinafter "Innova" or "Plaintiff") hereby avers as follows:

### Jurisdiction

1. Federal jurisdiction over the false advertising claim under 15 U.S.C. § 1125(a) exists under 15 U.S.C. § 1338(a), and on the related state law claim of unfair

-1-
**COMPLAINT FOR FALSE ADVERTISING, UNFAIR COMPETITION, SEEKING DAMAGES AND INJUNCTIVE RELIEF**

competition under 28 U.S.C. § 1338 (b) and 1367. Venue is proper under 28 U.S.C. § 1391 b & c, as the defendants reside in this judicial district, have committed the acts complained of in this judicial district and/or have directed injurious acts at Innova in this judicial district.

## Parties

2. Innova is a Nevada corporation having its principal place of business in this judicial district, in Fountain Valley, California.

3. Innova is informed and believes and thereon alleges that Defendant Mac Tools, Inc. ("Mac Tools") is a corporation organized and existing under the laws of the State of Ohio, having a principal place of business at 505 N. Cleveland Avenue, Suite 200, Westerville, Ohio 43082.

4. Innova is informed and believes that Defendant Mac Tools is owned by a company known as Stanley Tools, which has merged with Black & Decker, Inc., now known as Stanley Black & Decker, Inc.

5. Innova is informed and believes and thereon alleges that Defendant Mac Tools. has made sales of automotive diagnostic equipment, including but not limited to the Mac Tools model ET6830, ET1205AN and the ET1505AN scan tools into California, including this judicial district.

6. Innova is unaware of the true names and capacities, whether individual, corporate or otherwise, of the defendants sued herein as DOES 1 through 10, and therefore sues these defendants by such fictional names. Innova will amend this Complaint to state the true names and capacities of such fictitiously named defendants when ascertained. Innova is informed and believes, and thereon alleges, that each of such fictitiously named defendants is in some manner connected with and/or participated in the matters alleged herein and is liable to Innova therefore. In this pleading, any reference to "Defendant," "Defendants," or "Mac Tools" shall be deemed a reference to include each of the Does 1-10.

7. Innova is informed and believes, and thereon alleges, that each of the Defendants

1. committed tortuous acts, as alleged more fully below, with the intent to injure Innova within the Central District of California.

## Allegations For All Causes of Action

8. Innova manufactures and sells automotive diagnostic products, among other products. Innova markets its products locally, nationally, and internationally to a wide variety of businesses. Innova has invested substantial effort and incurred significant expense in designing, marketing and promoting its products. Automotive diagnostic products marketed by Innova include the Innova model 3130 and 3160 scan tools.

9. Defendant Mac Tools sells automotive diagnostic products, including scan tools that compete with the Innova model 3130 and 3160 scan tools.

10. Attached as **Exhibit 1** is a copy of promotional materials identified as "Mac Tools Diagnostic 2011" (hereinafter the "Mac Tools promotional materials").

11. On information and belief, the Mac Tools promotional materials were prepared by or for Defendant Mac Tools.

12. The Mac Tools promotional materials include product comparison charts which compare diagnostic products marketed by Mac Tools to diagnostic products marketed by Innova and others.

13. The product comparison charts include representations respecting the features of Innova diagnostic products, including the Innova model 3130 and 3160 scan tools.

14. The representations respecting features of the Innova model 3130 and 3160 products, contained in the product comparison charts, include representations that are literally false.

15. The product comparison charts, contained in the Mac Tools promotional materials, include representations respecting the Innova model 3130 and 3160 scan tools that are misleading.

16. The Mac Tools promotional materials have been publicly distributed by Mac Tools in commerce in the United States and in this judicial district.

17. The Mac Tools promotional materials have been sent by email to persons

COMPLAINT FOR FALSE ADVERTISING, UNFAIR COMPETITION, SEEKING DAMAGES AND INJUNCTIVE RELIEF

unaffiliated with Mac Tools.

18. On information and belief the Mac Tools promotional materials have been sent to existing or potential customers of automotive scan tools.

19. On information and belief the existing or potential customers of automotive scan tools that have received the Mac Tools promotional materials include existing or potential customers of scan tools marketed by Innova.

20. The false and misleading statements contained in the Mac Tools promotional materials include injurious statements concerning products of Innova.

21. On or about April 11, 2011, counsel for Innova advised Mac Tools that the Mac Tools promotional materials included false and misleading statements regarding the products of Innova and others. A copy of that correspondence is submitted herewith as **Exhibit 2**.

22. On or about April 27, 2011, counsel for Stanley Black & Decker, Inc. / Mac Tools responded to Innova's correspondence concerning the Mac Tools promotional material. A copy of that responsive correspondence is submitted herewith as **Exhibit 3**.

23. In the correspondence of April 27, 2011, counsel for Stanley Black & Decker, Inc. / Mac Tools falsely represented that the Mac Tools promotional materials were "never distributed", when in fact the Mac Tools promotional materials were intentionally distributed by email to persons outside of Mac Tools, including but not limited to David Rich, an employee of Innova.

24. A copy of an email transmittal from Lee Hardbarger (LHardbarger@stanleyworks.com) to David Rich, dated March 17, 2011, to which the Mac Tools promotional materials were attached, is submitted herewith as **Exhibit 4**. On information and belief, Mr. Hardbarger is an employee of Stanley Black and Decker, Inc. or Mac Tools.

25. A copy of correspondence from Innova's counsel to counsel for Stanley Black & Decker, Inc. / Mac Tools dated April 29, 2011, is attached hereto as **Exhibit 5**. That correspondence requests a copy of amended Mac Tools promotional materials, and

-4-
COMPLAINT FOR FALSE ADVERTISING, UNFAIR COMPETITION, SEEKING DAMAGES AND INJUNCTIVE RELIEF

identification of individuals to whom the Mac Tools promotional materials had been distributed.

26. A copy of an email transmittal from Charles Upton (CUpton@stanleyworks.com) to David Rich, dated April 29, 2011, is attached hereto as **Exhibit 6.** Attached to the email of Exhibit 6 is the same Mac Tools promotional material previously provided in Exhibits 1, 2 and 4. On information and belief, Mr. Upton is employed by Stanley Black & Decker, Inc., Mac Tools, or an affiliate thereof.

27. A copy of an email transmittal from Gregory Schick (Gregory.Schick@sbdinc.com) to David Rich's home email account (MAR.DSR2@YAHOO.COM) dated July 6, 2011 is attached hereto as **Exhibit 7.** Attached to the email of Exhibit 6 is the same Mac Tools promotional materials previously provided in Exhibits 1, 2, 4 and 6. On information and belief, Mr. Schick is employed by Stanley Black and Decker, Inc., or Mac Tools.

28. On information and belief, the Mac Tools promotional materials of Exhibit 1 were also distributed by Stanley Black and Decker, Inc., Mac Tools, or an affiliate thereof, at the 2011Mac Tools Dealer Show held at Las Vegas, Nevada in February, 2011.

29. To date, Mac Tools has failed to provide Innova with an identification of any individuals to whom the Mac Tools promotional materials were distributed. As a result, Innova is unable to take any steps to correct any misimpressions that the Mac Tools promotional materials may have caused regarding the products of Innova.

**First Cause Of Action**

**(False Advertising in Violation of the Lanham Act)**

30. This is a claim for false advertising under 15 U.S.C. § 1125(a).

31. Innova repeats and re-alleges the allegations in paragraphs 1 through 29 as set forth fully herein.

32. The content of the Mac Tools promotional materials, Defendant Mac Tools, falsely represents and advertises the nature, characteristics, qualities and/or features of

COMPLAINT FOR FALSE ADVERTISING, UNFAIR COMPETITION, SEEKING DAMAGES AND INJUNCTIVE RELIEF

Innova scan tools in interstate commerce.

33. The product comparison sheets included in the Mac Tools promotional materials misrepresents the nature, characteristics, qualities and/or features of Innova model 3130 and 3160 scan tools.

34. The publication of false and misleading descriptions and representations of fact concerning Innova scan tools in the Mac Tool promotional is likely to deceive consumers, and influence purchasing decisions in the marketplace.

35. On information and belief, as a direct and proximate result of Mac Tools' false and misleading advertising, sales of scan tools have been diverted from Innova to Mac Tools and the goodwill which Innova enjoys with the purchasing public has been lessened.

36. Mac Tools' conduct constitutes a false advertising in violation of Section 43(a) of the Lahnam Act (15 U.S.C. §1125(a)).

37. Mac Tools' conduct in engaging in such false advertising has been willful, with intent to injure the business of Innova.

38. As a direct and proximate result of Mac Tools' false advertising, Innova has been injured and will continue to suffer irreparable injury to its business and reputation unless Mac Tools is restrained by this Court from further engaging in such conduct.

39. By the aforesaid acts of false advertising, Mac Tools has made profits to which it is not lawfully entitled.

40. Innova has no adequate remedy at law, and is entitled to injunctive relief pursuant to 15 U.S. C. §1116(d).

41. As remedies for the aforesaid acts of false advertising, Innova is entitled to recover its actual damages and Mac Tools' profits pursuant to 15 U.S.C. §1117(a); treble damages pursuant to 15 U.S.C. §1117(a); and attorneys' fees and costs pursuant to 15 U.S.C. §1117(a).

## Second Cause Of Action

## (Statutory Unfair Competition Under California Law)

42. This is a claim for statutory unfair competition under Cal. Bus. & Prof. Code § 17200.

43. The allegations of paragraphs 1-41 are incorporated herein by reference.

44. The conduct of Defendant Mac Tools in publishing literally false and misleading statements concerning the Innova scan tools constitutes unfair, unlawful and/or unjust conduct

45. The aforementioned conduct of Mac Tools constitutes unfair competition in violation of Cal. Bus. & Prof. Code § 17200.

46. By the aforesaid acts of unfair competition Innova has been irreparably injured as a result of such unfair competition, and such irreparable injury will continue unless and until Mac Tools' conduct is enjoined by this Court.

## Requested Relief

**WHEREFORE**, Innova prays that this court adjudge and declare:

1. That this court has jurisdiction over the parties and the subject matter of this action.

2. That Defendant Mac Tools, Inc. and Does 1-10 be adjudged to have willfully violated 15 U.S.C. § 1125(a) by making false and/or misleading representations in advertising.

3. That Defendant Mac Tools, Inc. and Does 1-10 be adjudged to have committed unfair competition in violation of Cal. Bus. & Prof. Code § 17200.

4. That Defendant Mac Tools, Inc. and Does 1-10, their respective employees, agents, officers, directors, shareholders, principals, partners, predecessors, successors, assigns, representatives, affiliates and subsidiaries, and all others acting in concert or participation with them who receive actual notice thereof, be preliminarily and permanently enjoined from:

    a. Further engaging in false advertising by distributing or publishing the

Mac Tools promotional materials or any other materials containing false or misleading representations regarding any Innova scan tools;

b. Unfairly competing with Innova through the use of false and/or misleading statements regarding Innova scan tools, including distributing any false and/or misleading portions of the product comparison sheet;

c. Urging others to distribute any false or misleading information regarding Innova scan tools, including further distribution of the Mac Tools promotional materials and the statements therein regarding Innova scan tools;

d. That Defendant Mac Tools, Inc. and Does 1-10 be ordered to identify and contact each person that was sent any version of the Mac Tools promotional materials or other document and retrieve and destroy all such materials.

6. That Defendant Mac Tools, Inc. and Does 1-10 be ordered to distribute corrective advertising to all persons that accessed, received or otherwise were exposed to the false and misleading representations, the corrective advertising being prepared by Innova;

7. That Defendant Mac Tools, Inc. and Does 1-10 be directed to file with this Court and serve on Innova within thirty (30) days after the service of the injunction, a report in writing, under oath, setting forth in detail the manner and form in which each Defendant has complied with the injunction.

8. That Defendant Mac Tools, Inc. and Does 1-10 be required to account to Innova for any and all profits arising from their false and misleading representations;

9. That Innova be awarded damages to compensate for the wrongful actions of Defendant Mac Tools and to remove any unjust enrichment Mac Tools arising from false and misleading representations, and that such damages and unjust enrichment be trebled as permitted by law.

10. That Defendant Mac Tools, Inc. and Does 1-10 pay Innova's attorney's fees and the costs and expenses of this action.

COMPLAINT FOR FALSE ADVERTISING, UNFAIR COMPETITION, SEEKING DAMAGES AND INJUNCTIVE RELIEF

11.     That such other and further relief be granted as the Court may deem just and proper.

Dated: _July 26, 2011_          STETINA BRUNDA GARRED & BRUCKER

By: _/s/ B. D. Brunda_
Bruce B. Brunda
Lowell Anderson
Attorneys for Plaintiff
Innova Electronics Corp.

**COMPLAINT FOR FALSE ADVERTISING, UNFAIR COMPETITION, SEEKING DAMAGES AND INJUNCTIVE RELIEF**

## DEMAND FOR JURY TRIAL

Plaintiff, Innova Electronics Corp. hereby demands a jury trial in this action.

Dated: July 26, 2011

STETINA BRUNDA GARRED & BRUCKER

By: _____
Bruce B. Brunda
Lowell Anderson
Attorneys for Plaintiff
Innova Electronics Corp.

T:\Client Documents\EQUUS\248L\Complaint.doc

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Gary A. Feess and the assigned discovery Magistrate Judge is Stephen J. Hillman.

The case number on all documents filed with the Court should read as follows:

### CV11-6232 GAF (SHx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Bruce B. Brunda (SBN 108,898)
Lowell Anderson (SBN 105323)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, California 92656
Tel: (949) 855-1246 / litigate@stetinalaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVA ELECTRONICS CORP., a Nevada corporation<br><br>PLAINTIFF(S)<br>v.<br><br>MAC TOOLS, INC., an Ohio corporation, and DOES 1-10, inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV11-06232 GAF (SHx)<br><br><br>SUMMONS |

TO:      DEFENDANT(S): _____

_____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Bruce B. Brunda/Lowell Anderson_____, whose address is _75 Enterprise, Suite 250, Aliso Viejo, CA 92656_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  JUL 28 2011                By: AMY DeAVILA
                                        Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
INNOVA ELECTRONICS CORP.,
a Nevada corporation

**DEFENDANTS**
MAC TOOLS, INC., an Ohio corporation, and DOES 1-10, inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Bruce B. Brunda (SBN 108,898) / Lowell Anderson (SBN 105323)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250, Aliso Viejo, CA 92656 / 949-855-1246

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ MONEY DEMANDED IN COMPLAINT: $ Proof at Trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
False advertising claim under 15 U.S.C. § 1125(a) exists under 15 U.S.C. § 1338(a); Unfair competition under 28 U.S.C. § 1338 (b) and 1367

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

FOR OFFICE USE ONLY: Case Number: CV11-06232 GAF (SHx)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | MAC TOOLS, INC., Ohio |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County and throughout the United States | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date  July 27, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |